Raymond Rivera
February 23, 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
---------------------------------------x
RODNEY JONES, ET AL.,

                          Plaintiffs,  :

             - against -

THE RAYMOND CORPORATION,

                          Defendant.  :
---------------------------------------x

                    2649 South Road
                    Poughkeepsie, New York

                    February 23, 2022
                    10:08 a.m.


    VIDEOTAPED EXAMINATION BEFORE TRIAL of

RAYMOND RIVERA, a non-party witness herein,

taken by the Plaintiff and Defendants,

pursuant to subpoena and notice held at the

above-mentioned time and place, before Michelle

Lemberger, a Notary Public of the State of New

York.

EXHIBIT G

Raymond Rivera
February 23, 2022

```
 1

 2   A P P E A R A N C E S:

 3

     MERKEL & COCKE, PA
 4   Attorneys for Plaintiffs
             P.O. Box 1388
 5           Clarksdale, Mississippi 38614
     BY:  YAEGER M. BASS  ESQ.
 6
              Ybass@merkel-cocke.com
 7

 8

 9

     HUSCH BLACKWELL, LLP
10   Attorneys for Defendants
             511 North Broadway, Suite 1100
11           Milwaukee, Wisconsin
     BY:  FRANCIS H. LoCOCO, ESQ.
12
             Frank.lococo@huschblackwell.com
13

14   A/P  JACOB JORDAN, ESQ

15        Jacob@tannehillcarmean.com

16

17

     ALSO PRESENT:
18
              Michael Bennett - Videographer
19

20

21        *     *     *     *     *

22

23

24

25
```

Raymond Rivera
February 23, 2022

1

2               S T I P U L A T I O N S

3

4           IT IS HEREBY STIPULATED AND AGREED by

5      and between the attorneys for the respective

6      parties herein, that filing, sealing and

7      certification be and the same are hereby

8      waived.

9           IT IS FURTHER STIPULATED AND AGREED

10     that all objections, except as to the form of

11     the question shall be reserved to the time of

12     the trial.

13          IT IS FURTHER STIPULATED AND AGREED

14     that the within deposition may be signed and

15     sworn to before any officer authorized to

16     administer an oath, with the same force and

17     effect as if signed and sworn to before the

18     Court and that a copy of this examination

19     shall be furnished without charge to the

20     attorney representing the witness testifying

21     herein.

22

23

24

25

Raymond Rivera
February 23, 2022

1

2                       I N D E X

3     EXAMINATION BY                          PAGE

4     Mr. LoCoco                               8

5

6

7                     E X H I B I T S

8

9     RIVERA          DESCRIPTION            PAGE

10    1               Report                  5

11    2               Subpoena for Corsi      5

12    3                Subpoena for Ray Rivera  6

13    4               Report with invoice
                      attached                6
14

15

16          (Exhibits retained by counsel)

17

18

19

20

21

22

23

24

25

Raymond Rivera
February 23, 2022

```
 1
 2   BY THE REPORTER:
 3        Q. Please state your name for the
 4   record.
 5        A. Raymond Rivera.
 6        Q. What is your present business
 7   address?
 8        A. 827 Route 82, Suite 10-176,
 9   Hopewell Junction, New York 12533.
10            MR. LoCOCO:  Please mark
11        these before we begin.
12            (Whereupon, at this time,
13        the reporter marked the
14        above-mentioned report as Rivera
15        Exhibit 1 for identification.)
16            (Whereupon, at this time,
17        the reporter marked the
18        above-mentioned subpoena and
19        notice for Corsi Investigations
20        LLC as Rivera Exhibit 2 for
21        identification.)
22            (Whereupon, at this time,
23        the reporter marked the
24        above-mentioned subpoena and
25        notice for Ray Rivera as Rivera
```

Raymond Rivera
February 23, 2022

```
 1
 2          Exhibit 3 for identification.)
 3              (Whereupon, at this time,
 4          the reporter marked the
 5          above-mentioned report with
 6          attached invoice as Rivera
 7          Exhibit 4 for identification.)
 8              VIDEOGRAPHER:  We are on the
 9          record beginning 10:08 a.m. on
10          February 23rd, 2022.  Audio and
11          video recording will continue to
12          take place until all parties
13          agree to go off the record.
14              This is the video recorded
15          deposition of Corsi
16          Investigations, LLC, by Raymond
17          Rivera and Raymond Rivera
18          individually, taken by counsel
19          for defendant in the matter of
20          Rodney Jones, et al, plaintiff,
21          versus The Raymond Corporation,
22          defendant, filed in the United
23          States District Court for the
24          Northern District of Mississippi,
25          civil action number 320-CV-00308.
```

Raymond Rivera
February 23, 2022

1

2          This deposition is being

3     held at the offices of Rivkin

4     Radler, LLP, located at 2649

5     South Road, Suite 100, in

6     Poughkeepsie, New York.

7          My name is Michael Bennett.

8     I am the videographer on behalf

9     of U.S. Legal Support located at

10    411 East Wisconsin Avenue, Suite

11    1625 in Milwaukee, Wisconsin,

12    53202.

13         The court reporter is

14    Michelle Lemberger, also

15    representing U.S. Legal Support.

16         I am not related to any

17    party in this action nor am I

18    financially interested in the

19    outcome.

20         Would counsel please state

21    their appearances for the record.

22         MR. LoCOCO:  Frank LoCoco on

23    behalf of The Raymond

24    Corporation.

25         MR. JORDAN:  Jacob Jordan on

Raymond Rivera
February 23, 2022

1              Raymond Rivera

2        behalf of The Raymond

3        Corporation.

4              MR. BASS:  Yeager Bass with

5        the law firm Merkel & Cocke on

6        behalf of Rodney Jones and his

7        wife, plaintiffs.

8              VIDEOGRAPHER:  Thank you

9        very much.

10             Would the reporter please

11       swear in the witness.

12   R A Y M O N D   R I V E R A, having been

13         first duly sworn by a Notary

14         Public of the State of New York,

15         was examined and testified as

16         follows:

17   EXAMINATION BY

18   BY MR. LoCOCO:

19        Q. Sir, could you state your full

20    name, please, and spell your last name

21    for us?

22        A. Raymond Rivera.  Last name

23    R-I-V-E-R-A.

24        Q. And what is your date of birth?

25        A. 4/2/70.

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera
 2        Q. And do you own a business named
 3   Corsi Investigations, LLC?
 4        A. Yes.
 5        Q. We subpoenaed you personally and
 6   your business.  We went on the record
 7   for the deposition of Corsi
 8   Investigations, LLC and Raymond Rivera.
 9   You're all one and the same?
10        A. Yes.
11        Q. All right.  What is the business
12   address for Corsi Investigations?
13        A. 827 Route 82, Suite 10-176,
14   Hopewell Junction, New York 12533.
15        Q. And I doubt we're going to have
16   to do this again, but if we needed to
17   contact you with a subpoena at your
18   house, what is your home address?
19        A. 67 Lewis Road, Hopewell
20   Junction, New York 12533.
21        Q. Any plans to move in the next
22   six months?
23        A. No.
24        Q. All right.  How long have you
25   been doing business through Corsi
```

Raymond Rivera
February 23, 2022

1                    Raymond Rivera

2    Investigations, LLC?

3         A. A little over two years.

4         Q. Before that, what did you do for

5    your professional work?

6         A. I was a New York City Police

7    Department detective.

8         Q. How long did you work for the

9    New York Police Department?

10        A. 22 years.

11        Q. Was there a particular, I don't

12   know, precinct or group that you worked

13   with?

14        A. Homicide.

15        Q. How long were you a homicide

16   detective?

17        A. Last two years of my career.

18        Q. Before that, what was your job

19   with the NYPD?

20        A. I've worked various functions;

21   narcotics, vice, mostly undercover and

22   organized crime.

23        Q. When -- before we started today,

24   you brought in a thumb drive, which I

25   very much appreciate, and then a copy

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera

2    of your report and an invoice regarding

3    your work in this matter.

4         And I noticed that you, under

5    activity, say undercover operations

6    slash civil matter.

7         A. Yes.

8         Q. When you worked for the NYPD, I

9    thought I heard you say you had

10   experience doing undercover work?

11        A. Yes.

12        Q. Okay.  Before you left the NYPD,

13   were you living up here in Dutchess

14   County?

15        A. No.

16        Q. Did you have to live in the five

17   boroughs when you were a City

18   detective?

19        A. Five boroughs plus the

20   surrounding counties.

21        Q. So you could have lived in

22   Westchester, but you couldn't have

23   lived in Dutchess?

24        A. The NYPD rules is east of the

25   City is Suffolk and Nassau County,
```

Raymond Rivera
February 23, 2022

1                  Raymond Rivera

2      north is Westchester and Putnam on one

3      side of the Hudson, on the other side

4      of the Hudson it would be Rockland

5      County and Orange County.

6          Q. All right.  How did you prepare

7      for the deposition today?

8          A. I didn't.

9          Q. All right.  Did you have any

10     conversations with Mr. Warshauer in the

11     last couple of weeks?

12         A. Yes.

13         Q. When did you last speak with

14     him?

15         A. Probably about a week and a

16     half, two weeks ago.

17         Q. What did you discuss with him?

18         A. He mentioned that someone was

19     trying to get in touch with me

20     regarding a deposition.

21         Q. Anything else?

22         A. No.

23         Q. Did you discuss the work that

24     you had done for him?

25         A. No.

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera
2        Q. We'll get into some of the
3    details here, but your work in
4    connection with what you did at The Gap
5    in Fishkill, was Mr. Warshauer your
6    client?
7        A. Yes.
8        Q. Did you have contact with anyone
9    other than Mr. Warshauer related to
10   this incident, from the client's side?
11       A. Might have spoken, maybe, to the
12   paralegal when I was trying to make
13   contact in the initial investigation.
14       Q. Do you remember the paralegal's
15   name?
16       A. No.
17       Q. Does Stan Grantham ring a bell?
18       A. No.
19       Q. How about Jasper Abbot?
20       A. No.
21       Q. But most of your contact was
22   with Mr. Warshauer?
23       A. Yes.
24       Q. Today, with respect to this
25   particular case, Jones versus Raymond,
```

Raymond Rivera
February 23, 2022

1              Raymond Rivera

2    a lawyer from Mississippi named Yeager

3    Bass is attending via videoconference.

4         Did you have any contact with

5    him when you did this work at The Gap?

6         A. No.

7         Q. Have you had any contact with

8    Mr. Bass in connection with, you know,

9    since you've learned that we wanted to

10   take your deposition?

11        A. No.

12        Q. Have you had contact with any

13   other lawyers since you learned that we

14   wanted to take your deposition, other

15   than me and Mr. Warshauer?

16        A. No.

17        Q. Prior to your work as Corsi

18   Investigations, LLC, did you ever have

19   a job that involved or included

20   operating forklift trucks?

21        A. No.

22        Q. When you worked for the NYPD,

23   did you ever investigate any incidents

24   where someone was fatally injured or

25   seriously injured using a forklift

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera

 2   truck?

 3        A. No.

 4        Q. I want to show you actually what

 5   I've marked before we started today as

 6   Exhibits 1 and 4.

 7            I'm going to ask you whether

 8   Exhibit 1 appears to be the report that

 9   you created with respect to your work,

10   and is Exhibit 4 the same report but it

11   also includes your invoice?

12                (Witness peruses document.)

13        A. I apologize.

14        Q. That's okay.

15        A. The pages are difficult to

16   separate.

17            Other than the color, it's the

18   same report.

19        Q. And the last page of Exhibit 4

20   is your invoice?

21        A. Yes.

22        Q. And the invoice is for $3,500?

23        A. Yes.

24        Q. Have you been paid?

25        A. Yes.
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2        Q. Was that a flat fee or do you
 3    have a daily rate?  How did you charge
 4    for this job?
 5        A. I worked it out to it be a flat
 6    fee based on the amount of hours I
 7    anticipated this would take.
 8        Q. If you charged hourly, what is
 9    your hourly rate?
10        A. 125.
11        Q. Now, we'll get into some of the
12    details, but the report says that you
13    were employed by The Gap, it doesn't
14    say for how long.  How long did you
15    work for The Gap?
16        A. I don't remember the exact --
17    definitely three days.  There might
18    have been another weekend prior to the
19    exit.  I just didn't want to just quit
20    abruptly.  So it might have been at the
21    most two weekends.
22        Q. I'm going to show you -- I'm
23    going to give you exhibit -- I'm going
24    to give you Exhibit 2, which is the
25    subpoena and notice for Corsi
```

Raymond Rivera
February 23, 2022

```
 1                Raymond Rivera
 2     Investigations LLC.
 3          Exhibit 3 is the subpoena and
 4     notice for Ray Rivera, and I'm going to
 5     ask you to turn to about four pages
 6     down to a document called Appendix A.
 7        A. Yes.
 8        Q. Just so everyone knows, I'm not
 9     sick, I have a frog in my throat, I
10     apologize.
11          So Appendix A asks you in
12     compliance with the subpoena to bring
13     certain documents, records,
14     photographs, et cetera.  I just want to
15     walk through these topics, either to
16     confirm that you've brought them or
17     they don't exist, or they might be
18     someplace and we just don't have them
19     today.  All right?
20          So paragraph 1 asks for all the
21     photographs that you took at The Gap.
22          We've got photographs that are
23     reprinted in your report, Exhibit 1,
24     and, I guess, Exhibit 4, we have
25     photographs that I've seen on the USB
```

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera
2    drive that you provided before we
3    started.
4         Do you have any other
5    photographs from when you were at The
6    Gap?
7         A. No.
8         Q. The report says that the
9    photographs you took, maybe this is all
10   of them -- well, strike that.
11        Are the photographs that are
12   within your report and on the USB
13   drive, are they all screen shots from
14   video?
15        A. They could be screen shots or
16   they could be photographs.  I utilize
17   an app to take the pictures.
18        Q. An app on your camera, I mean,
19   on your phone?
20        A. On the phone, yes.
21        Q. What kind of phone did you use?
22        A. I believe it was an i.Phone.  I
23   don't remember the model number.
24        Q. Okay.  Did you retain the video
25   from the -- from whatever video you
```

Raymond Rivera
February 23, 2022

```
1                    Raymond Rivera
2     took at The Gap?
3          A. I don't remember if there was
4     video taken.  Again, I will place the
5     phone in my pocket and I would just let
6     it do its job.
7          Q. Well -- I'm sorry, go ahead,
8     finish.
9          A. Then I would snap and take
10    pictures.
11         Q. Well, if you look at Exhibit 1,
12    page 4, the caption for those three
13    photographs says, Above photos are from
14    still images of video obtained in the
15    MDC warehouse of Gap, Inc. Fishkill
16    distribution campus.
17              So does that refresh your
18    recollection that you actually took
19    video?
20         A. I can't say for sure that I do
21    remember, because, again, this is
22    almost a year ago.  But it is common
23    for me to use that app, because I'm
24    familiar with the way it works.
25         Q. What's the app?
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera

 2        A. Timestamp camera.

 3        Q. I'm sorry?

 4        A. Timestamp camera.

 5        Q. Okay.  So I want to go back to

 6   Appendix A and go back to my question.

 7             To your knowledge, you do not

 8   have any video from your time at The

 9   Gap; is that correct?

10        A. Yes.

11        Q. All right.  This is going to

12   sound like a stupid question, but have

13   you testified previously?

14        A. Previously to what?

15        Q. Ever, in court, at a deposition,

16   ever.

17        A. Yes.

18        Q. Yeah, I'm sure many many times

19   as a detective or an officer?

20        A. Yes.

21        Q. All right.  So just a couple of

22   ground rules that I'm sure you've

23   heard.  I want to make sure we're on

24   the same page.

25             If I ask you something today
```

Raymond Rivera
February 23, 2022

```
1                   Raymond Rivera

2    that you don't understand, don't answer

3    it.  Tell me that you don't understand

4    the question and I'll try and ask a

5    better or a different question.

6            Do you understand that?

7        A. Yes.

8        Q. Do you understand the oath you

9    gave to tell the truth is the same oath

10   you'd take if you were in a courtroom

11   in front of a judge and jury?

12       A. Yes.

13       Q. I don't expect us to be very

14   long, but if you need to take a break

15   at any time, I don't care if it's ten

16   seconds from now, you tell us and we'll

17   go off the record.  All right?

18       A. Yes.

19       Q. Second paragraph asks for video

20   recordings.  We've already discussed

21   that.  Appendix A, paragraph 3 asks for

22   audio recordings.

23           Did you take any audio

24   recordings of your time at The Gap?

25       A. No.
```

Raymond Rivera
February 23, 2022

```
 1                  Raymond Rivera
 2        Q. Paragraph 4 asks for all
 3    statements, whether oral or written
 4    from anyone at The Gap, regardless of
 5    whether those statements were provided
 6    to Mr. Warshauer or his law firm.
 7            Did you take any statements?
 8        A. No.
 9        Q. Paragraph 5 asks for copy of all
10    forms or documents filled out by Ray
11    Rivera to obtain employment or access
12    to the Gap.
13            Do you have the paperwork that
14    you had to fill out in order to be
15    employed at The Gap?
16        A. No.
17        Q. Were you ever provided any
18    paperwork?
19        A. At the time of hiring, yes.
20        Q. Did you retain any of it?
21        A. No.
22        Q. When did you dispose of it?
23        A. From what I remember, it was --
24    I filled out the paperwork at the
25    hiring date, and I gave them
```

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera
 2    everything.
 3         Q. Did you retain any -- were you
 4    provided copies of anything you filled
 5    out?
 6         A. It might have been some copies
 7    of, like, the dos and don'ts, you know,
 8    EEO stuff, HR stuff, things of that
 9    nature.
10         Q. But you don't have any of that
11    material anymore?
12         A. No.
13         Q. I asked a lawyer's question.
14            It's correct to say that you
15    didn't retain any of those materials,
16    correct?
17         A. That is correct.
18         Q. Did you fill out a W4 in order
19    to get paid?
20         A. Yes.
21         Q. All right.  Did you keep a copy
22    of that?
23         A. No.
24         Q. Did they have you fill out a --
25    or sign like a lot of companies do this
```

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera
 2    now, a no harassment policy?
 3         A. I'd like to say yes because
 4    that's a common form in New York State.
 5         Q. Okay.  Did you have to sign a
 6    confidentiality agreement?
 7         A. No.
 8         Q. All right.  Any other forms that
 9    you recall having to sign?
10         A. An I9, I think, is another form
11    that we're required to sign.
12         Q. Okay.
13         A. But it's a lot of training on
14    the first day I was there.  Mostly like
15    HR stuff, sexual harassment.
16         Q. Okay.  Let me go back to Exhibit
17    A.  Any documents taken from The Gap in
18    Fishkill, I guess, that's a similar
19    question.  You don't have anything
20    else?
21         A. No.
22         Q. Okay.  Then number 8 asks for
23    all e-mails, written correspondence of
24    any kind, text messages or voicemails
25    regarding The Gap, The Gap, Inc., by
```

Raymond Rivera
February 23, 2022

```
 1               Raymond Rivera
 2     and between, you know, any or all of
 3     the following, Corsi Investigations,
 4     Warshauer Law Group, some of the people
 5     that work for him, Ray Rivera and/or
 6     Michael Warshauer.
 7           So I'm asking about e-mails and
 8     text messages, basically.
 9        A. No.
10        Q. At the time you were doing this
11     job, were you e-mailing with
12     Mr. Warshauer?
13        A. I don't remember, like, exactly
14     how many e-mails.  I know the initial
15     e-mail to hire me, it might have been a
16     phone call he might have made.  I don't
17     remember exactly how he reached out to
18     me initially.  But I don't have any
19     e-mails.
20        Q. Same answer for text messages?
21        A. Same answer.
22        Q. Did you send any text messages
23     to Mr. Warshauer?
24        A. Yes.  I just don't remember the
25     context of it.
```

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera

2       Q. All right.  Who is your carrier?

3   Who was your carrier at the time?

4       A. Verizon.

5       Q. Okay.  What is your cell phone

6   number?

7       A. (646) 799-2409.

8       Q. And was it -- did you have that

9   number when you were doing this job at

10  The Gap?

11      A. Yes.

12      Q. All right.  Paragraph 9 is

13  similar, e-mails, written

14  correspondence, et cetera.

15          10 is all documents provided to

16  you by Mr. Warshauer, his law firm.  Do

17  you have anything like that?

18      A. No.

19      Q. Now, I know on your report, for

20  example, page 2 of your report, you've

21  got some photographs where you've

22  captioned that as client provided

23  agency the following sample images of

24  forklifts in regard to this

25  investigation.
```

Raymond Rivera
February 23, 2022

```
 1                Raymond Rivera

 2          How did you get those

 3     photographs?

 4          A. From Michael Warshauer.

 5          Q. Mail, e-mail?

 6          A. E-mail.

 7          Q. Have you checked your e-mail to

 8     see whether you still have any e-mail

 9     from your time working with Mr.

10     Warshauer?

11          A. Yes.

12          Q. Okay.  And all of that has been

13     disposed of?

14          A. Yes.

15          Q. When did you dispose of all

16     those e-mails?

17          A. I had a mail service provider

18     that's different than the one I have

19     today.  I switched, so all those

20     e-mails are gone.

21          Q. When did you switch?

22          A. Probably around the summer of

23     last year.

24          Q. What was your e-mail address

25     previously?
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2      A. It was the same.  It was just
 3   through a different mail service
 4   provider.
 5      Q. Who was that?
 6      A. Private mail dot com.
 7      Q. Paragraph 11 asks for all
 8   reports, final or draft.
 9         Do you have any draft reports or
10   what you've provided is what you have?
11      A. What I provided is what I have.
12      Q. And then paragraph 12 asks for
13   billings, invoice, timesheets.  Other
14   than the invoice you've provided, any
15   other timesheets or billing records?
16      A. No.
17      Q. All right.  I want to move to
18   your report, Exhibit 1 or Exhibit 4,
19   whichever you're more comfortable
20   looking at and ask you some specific
21   questions about this project.
22         First of all, do you know how
23   Mr. Warshauer got your name or was made
24   aware of your company?
25      A. No.
```

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera
2        Q. And you said earlier that first
3   contact might have been a phone call,
4   might have been an e-mail.  Do you
5   remember which?
6        A. No.
7        Q. So on page 1, this is your
8   report, it's dated March 20, 2021,
9   correct?
10       A. Yes.
11       Q. And the case number 21-0307, is
12   that your company's case number?
13       A. Yes.
14       Q. It says date assigned was
15   February 24, 2021.  Is that when you
16   had your first contact with Mr.
17   Warshauer?
18       A. Yes.
19       Q. The paragraph that starts with
20   our objective, do you see that?
21       A. Yes.
22       Q. It says, quote, Our objective is
23   to obtain videos and/or photos of
24   standup forklifts with doors at the
25   warehouse of Gap, Inc. Fishkill
```

Raymond Rivera
February 23, 2022

```
1                    Raymond Rivera

2     distribution campus located at 100-110

3     Meritt, M-E-R-R-I-T-T, Boulevard,

4     Fishkill, New York 12524.  Client also

5     requested that the agency try to obtain

6     videos of the forklifts being used.

7     Try to locate an individual who is

8     slash has used such forklifts and try

9     to obtain how many forklifts,

10    parentheses, with doors, close

11    parentheses, are in the facility, close

12    quote.

13         Did I read that correctly?

14       A. Yes.

15       Q. All right.  So that was the job

16    that Mr. Warshauer gave you?

17       A. Yes.

18       Q. Did he talk to you about how to

19    accomplish that job?

20       A. No.

21       Q. Did you -- well, let's go to the

22    next page.  Actually, page 3.  This is

23    your investigation summary continued,

24    correct?

25       A. Yes.
```

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera
 2        Q. All right.  So it says, during
 3    the investigation agency responded to a
 4    job posting in which Gap, Inc. was
 5    hiring a loss prevention specialist,
 6    period.  Agency applied for the
 7    position and was hired as an employee
 8    of Gap.  Agency was then able to enter
 9    the facility and gain access to the
10    warehouse, whereas it would not have
11    been possible since the warehouse is
12    not open to the public.
13           Did I read that correctly?
14        A. Yes.
15        Q. So was this your idea to apply
16    for a job or was that Mr. Warshauer's?
17        A. That was my idea.
18        Q. Did he know you were going to do
19    that?
20        A. Yes.
21        Q. And he didn't have any problem
22    with that?
23        A. Actually, from what I remember,
24    he didn't think I would be hired
25    because I would be considered
```

Raymond Rivera
February 23, 2022

1              Raymond Rivera

2    overqualified.

3        Q. Okay.  Do you have -- where did

4    you see the posting?

5        A. It was either Indeed or one of

6    those websites that post jobs.  And I

7    came across it by accident.

8        Q. Okay.  Let me go back.

9          Did you try to get into The Gap

10   first without going through the process

11   of applying for a job?

12       A. Yes.

13       Q. How did you do that?

14       A. I did recognizance of the

15   location.

16       Q. Tell me what that involves.  I'm

17   not an investigator, I was never a

18   police officer or investigator.  So

19   tell me what you mean by recognizance?

20       A. At the time, when Mr. Warshauer

21   was asking me to see if I can try to

22   obtain photographs or videos of these

23   forklifts, I went to the location and I

24   visited it, and I determined that it is

25   impossible to get in there because it's

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera
2    not open to the public.  It's a
3    warehouse where there is no public
4    access to it.  You have to be either
5    employed by them or you have to have, a
6    contract with them when you're making
7    deliveries.
8         Q. So did you -- after you did this
9    recognizance, did you inform Mr.
10   Warshauer of that fact?
11        A. I don't remember if I informed
12   him immediately as to that fact.  But I
13   do remember that when I went back to
14   the office, to my home office, and I
15   started doing some more research,
16   trying to locate maybe someone that
17   works there that's willing to talk to
18   me and give me some information, I
19   remember at that time I came across a
20   posting where someone was -- they
21   posted a job.
22        Q. I see.  So then you called Mr.
23   Warshauer and said, hey, there's no way
24   to get in there, but I came across this
25   job posting, I'm going to apply for a
```

Raymond Rivera
February 23, 2022

```
1                  Raymond Rivera

2    job?

3         A. Yes.

4         Q. Okay.  Now, if you were retained

5    on or about February 24th, about when

6    did you apply for the job?

7         A. I don't remember exactly when,

8    but it was after my conversation with

9    Mr. Warshauer.

10        Q. The job of loss prevention

11   specialist, Mr. Warshauer told you he

12   thought you were overqualified.  What's

13   your recollection of the qualifications

14   that The Gap asked for?

15        A. I don't remember.  I actually

16   had no knowledge of what a loss

17   prevention officer would do.

18        Q. All right.  Did you use your

19   regular name with The Gap?

20        A. Yes.

21        Q. Did you use your regular

22   background that you, you know, that you

23   were an NYPD detective?

24        A. Yes.

25        Q. So did you ever tell anyone at
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2    The Gap the real reason you were
 3    applying for the job?
 4         A. No.
 5         Q. So do you have a recollection of
 6    -- well, what was the process then of
 7    actually getting hired?  Did you fill
 8    out an online application?
 9         A. I believe there was an online
10    application I submitted.
11         Q. And then what was the next step?
12         A. They either e-mailed me back --
13    it could have been a phone call.  I
14    remember speaking to, I believe, it was
15    a hiring manager at the time.
16         Q. What is the name of the hiring
17    manager?
18         A. I don't remember his name.
19         Q. And you talked to someone by
20    phone?
21         A. Yes.
22         Q. Did you have any interview then?
23         A. No.  The interview was in
24    person.
25         Q. All right.  So you got a call
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2    back in response to your application,
 3    and then you would have been called in
 4    for an interview?
 5         A. Yes.
 6         Q. All right.  How long did the
 7    interview take?
 8         A. Maybe 15 minutes, half hour.  I
 9    can't say for sure.
10         Q. And do you recall who
11    interviewed you?
12         A. I don't remember their names,
13    but one was the manager and the other,
14    I believe, his title was the director.
15         Q. In your report, you do identify
16    somebody from The Gap named Frank
17    LaGrippo, L-A-G-R-I-P-P-O.  Are you
18    saying here that he was a loss
19    prevention specialist there?
20         A. Yes.
21         Q. All right.  Have you had any
22    contact with him since you quit your
23    job there?
24         A. No.
25         Q. What was the -- were you getting
```

Raymond Rivera
February 23, 2022

1              Raymond Rivera

2    paid hourly or salary for the job?

3        A. Hourly.

4        Q. What was the hourly pay?

5        A. I believe 17.95 an hour.

6        Q. Did you actually get paid?

7        A. Yes.

8        Q. What did you do with the check?

9        A. Deposit it.

10       Q. So what was your job as the loss

11   -- now that you're hired, what were you

12   hired to do?  Tell me what the job was?

13       A. Conduct safety checks, check the

14   employees coming in, their ID, make

15   sure they're actually supposed to be

16   working there.

17           MR. LoCOCO:  Let's go off

18       the record.

19           VIDEOGRAPHER:  We are off

20       the record, the time is 10:39

21       a.m.

22           (Whereupon, a brief recess

23       was taken.)

24           VIDEOGRAPHER:  We are back

25       on the record, 10:42 a.m.

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera

 2   BY MR. LoCOCO:

 3       Q. So Mr. Rivera, I want to go back

 4    to your job at The Gap.

 5           You said you'd do safety checks.

 6    What do you mean by safety checks?

 7       A. Part of my assignment was to

 8    walk around the warehouse, look for

 9    anything that might be problematic,

10    where someone might trip over, you

11    know, like a water spill or maybe boxes

12    on the floor.  Make sure everything was

13    clear so that the employees don't trip

14    over anything.

15       Q. Were you responsible at all for

16    supervising forklift operators to make

17    sure they were operating properly?

18       A. No.

19       Q. You said you checked ID?

20       A. Yes.

21       Q. Tell me about that?

22       A. When people walk in, they're

23    given an ID, and they have to scan

24    themselves in.  If there's an issue

25    where it doesn't work, we have to look
```

Raymond Rivera
February 23, 2022

1                  Raymond Rivera

2    them up in the system, make sure that

3    they're actually allowed into the

4    building.

5         Q. Did you get an ID?

6         A. Yes.

7         Q. Do you still have the ID?

8         A. No.

9         Q. You had to turn it in?

10        A. I don't remember if I had to

11   turn it in or just shred it.  I can't

12   remember, but I no longer have it.

13        Q. Were employees permitted to have

14   phones with them?

15        A. Yes.

16        Q. Were employees permitted to take

17   photographs of racking and products and

18   forklifts or whatever else they saw?

19        A. To my knowledge, there was no

20   prohibition for that.

21        Q. Who was your supervisor when you

22   were working?

23        A. I don't remember the name.

24        Q. Whoever your supervisor was, you

25   never told him you were there doing a

Raymond Rivera
February 23, 2022

```
 1                Raymond Rivera
 2   job for Mr. Warshauer; is that correct?
 3        A. That is correct.
 4        Q. Did you ever tell him that you
 5   were taking pictures?
 6        A. No.
 7        Q. Did you ever ask for permission
 8   to take pictures?
 9        A. No.
10        Q. Why not?
11        A. It's an undercover operation.
12   Part of my job is to be in there and
13   not to let others know what the real
14   purpose is.
15        Q. So you never had any intention
16   of telling anyone who you really were
17   and what you were really trying to do?
18        A. Yes.
19        Q. That's correct?
20        A. That's correct.
21        Q. Frank LaGrippo, this is page 3
22   of your report, how did you get his
23   phone number?
24        A. He provided it to me.
25        Q. Did you tell him why you wanted
```

Raymond Rivera
February 23, 2022

```
1                Raymond Rivera

2    his phone number?

3        A. No.  While working in the

4    warehouse, it's very large, and at one

5    point, in order to communicate, the

6    radios that they gave us, point to

7    point radios, don't always work.  So

8    using a cell phone, either texting each

9    other or calling, it's just a lot

10   easier to communicate with each other.

11       Q. So that paragraph starts with

12   you writing, quote, The client

13   requested that agency obtain the name

14   and contact information of an employee

15   that operates or has operated said

16   forklifts, close quote.

17           Is this something you were asked

18   for right at the beginning or once you

19   got the job and were there in some

20   subsequent conversation with Mr.

21   Warshauer?

22       A. I don't remember --

23       Q. Okay.

24       A. -- exactly when, but it was an

25   objective.
```

Raymond Rivera
February 23, 2022

1              Raymond Rivera

2        Q. Did you have conversations with

3    Mr. Warshauer while you were working at

4    The Gap, you know, interim reports at

5    least over the phone or via e-mail?

6        A. Yes.

7        Q. Was it both or one or the other?

8        A. I would say both.

9        Q. The photos that are in your

10   report, is that -- and the ones that

11   you provided today, is that all the

12   photos that you took or just the ones

13   you've saved?

14       A. Those are the ones I took.

15       Q. If we look at page 4, there's

16   three photographs there, correct?

17       A. Yes.

18       Q. Are you able to tell me the

19   designation for that type of forklift

20   there?

21       A. I don't understand the question.

22       Q. Well, do you know what a manual

23   pallet jack is?

24       A. No.

25       Q. Do you know what a pallet jack

Raymond Rivera
February 23, 2022

```
1                    Raymond Rivera

2    is?

3         A. No.

4         Q. Have you ever heard of the term

5    reach truck?

6         A. No.

7         Q. Have you ever heard of the term

8    counterbalance truck?

9         A. No.

10        Q. All right.  So looking at these

11   photographs, you don't know what kind

12   of forklift that is, other than the

13   manufacturer?

14        A. No.

15        Q. What I said was correct, you

16   don't know?

17        A. I don't know.

18        Q. The trucks that you

19   photographed, at least the ones that I

20   -- the pictures that I've seen, they're

21   all Raymond.  Did they have any other

22   manufacturer's forklift in this

23   facility?

24        A. I don't remember.

25        Q. If you look at page 6 -- I'm
```

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera

 2     sorry, page 5, there's a photograph

 3     number 3, do you know what style of

 4     forklift that is?

 5         A. No.

 6         Q. All right.  The next page, page

 7     6, you've got a note on the first

 8     photograph which is, I guess, photo 7,

 9     it says, This type of forklift is

10     unmanned, note that there are no vents.

11          Why is it your -- why did you

12     conclude that this is an unmanned

13     forklift?

14         A. That didn't have an area for

15     someone to step inside or to operate.

16     As you can see with, I guess, with

17     photograph number 12, where you can

18     physically step into the forklift and

19     operate it.  The other one, I don't

20     even know how that would be operated, I

21     would assume through maybe use of some

22     type of machine or -- I don't know.

23         Q. All right.  So I'm going to -- I

24     want you to assume for a minute that

25     that type of forklift is called an
```

Raymond Rivera
February 23, 2022

```
 1               Raymond Rivera

 2    order picker?

 3        A. Order picker?

 4        Q. Order picker, O-R-D-E-R, picker.

 5        A. Okay.

 6        Q. And the operator actually stands

 7    on the opposite side of where you've

 8    got the arrow and goes up and down with

 9    the load.

10           Did you see anybody operating a

11    truck like this going up and down with

12    the load?

13        A. No.

14        Q. Okay.  What shift did you work?

15        A. It was a weekend shift.

16    Saturday and Sunday only.  6 a.m. to

17    1400 hours.  2 p.m.

18        Q. And was that a less populated

19    shift, fewer people working or do you

20    know?

21        A. No, I don't know.

22        Q. Was this a 24/7 operation?

23        A. No.  I don't know that,

24    actually.

25        Q. So whatever shifts you worked,
```

Raymond Rivera
February 23, 2022

```
 1                    Raymond Rivera
 2      they were 6 a.m. to 2 p.m.?
 3           A. Yes.
 4           Q. Did you ever get into one of --
 5      let's go back to page 4.
 6              Did you ever get into one of
 7      those forklifts?
 8           A. No.
 9           Q. Did you ever operate the door,
10      open or close the door --
11           A. No.
12           Q. -- on the forklift?
13           A. No.
14           Q. Did you do anything to determine
15      the material that the door was made out
16      of?
17           A. What do you mean by that?
18           Q. You know, was it carbon, steel,
19      aluminum?
20           A. I didn't touch it so I can't say
21      for sure.
22           Q. Okay, that's fair.
23              Did any of these doors -- do you
24      know what was keeping -- well, strike
25      that.
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2         Do you know what was keeping the
 3    doors closed?
 4         A. No.
 5         Q. Did you do any investigation of
 6    their accident history at this
 7    facility?
 8         A. No.
 9         Q. Pardon me?
10         A. No.
11         Q. I was going to -- I'm going to
12    ask the full question.
13         A. Okay.
14         Q. I think the answer is still
15    going to be no, but did you do any
16    investigation of The Gap's accident
17    history at this facility related to
18    using these types of forklifts?
19         A. No.
20         Q. Did you see any forklift
21    accidents while you worked there?
22         A. No.
23         Q. Again, back in page 3 with this
24    reference to Mr. LaGrippo, after you
25    stopped working there, have you had any
```

Raymond Rivera
February 23, 2022

```
1                  Raymond Rivera
2    contact with him?
3         A. No.
4         Q. Okay.  Page 4, the photographs,
5    in fact, most of them were taken at
6    sort of an angle.  Can you explain why
7    that is?
8         A. The cell phone that I use --
9         Q. Yes, sir.
10        A. -- sits in my pocket, the front
11   pocket.  The shirt that I was wearing
12   that day had a pocket on the outside.
13   So if I'm standing, walking, it's very
14   possible it can just tilt to the side.
15        Q. Okay.  So it's the result of not
16   wanting other people to know that
17   you're taking pictures?
18        A. Correct.
19        Q. So you said, other than -- well,
20   I'm not sure you said this.  So your
21   recollection is you worked about three
22   days?
23        A. At least three days.
24        Q. Okay.  Does that include your
25   training or that's in addition to the
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2   training?
 3       A. That includes the training.
 4       Q. All right.  Why did you decide
 5   to quit when you decided to quit?
 6       A. The operation was concluded, no
 7   reason to stay.
 8       Q. You got what you needed?
 9       A. Correct.
10       Q. Who did you tell you were
11   quitting?
12       A. The hiring manager who
13   originally hired me.
14       Q. Did you give him an excuse?
15       A. I don't remember exactly what I
16   said.  Something in sum and substance I
17   found another job, which is typical of
18   what I would say when I work these type
19   of cases.
20       Q. But you hadn't actually found
21   another job?
22       A. No.
23       Q. All right.  And you didn't tell
24   him I got the photographs I needed?
25       A. That is correct.
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2      Q. Did you speak with any of the
 3  forklift operators regarding their
 4  experiences in operating the trucks
 5  that had the doors?
 6      A. No.
 7      Q. Do you know why at this facility
 8  The Gap ordered these forklifts with
 9  the door on the back?
10      A. No.
11      Q. Other than the forklift
12  pictures, did you take pictures of any
13  other parts of the warehouse?
14      A. No.
15      Q. Did the warehouse, both NDC and
16  ODC, did they both have docks, dock
17  doors?
18      A. Yes.
19      Q. Did you get any photographs of
20  the docks?
21      A. No.
22      Q. On page 9, this is -- this
23  overhead view is from Google maps?
24      A. Yes.
25      Q. The NDC and ODC you added?
```

Raymond Rivera
February 23, 2022

```
 1                Raymond Rivera
 2        A. Yes.
 3        Q. Do you know how many square feet
 4    the two warehouses were all together?
 5        A. No.
 6        Q. On page 10, after -- you see
 7    where it says end of investigative
 8    report?
 9        A. Yes.
10        Q. After that next section, is
11    that -- and I don't mean to be
12    pejorative, is that boilerplate,
13    something that goes at the end of each
14    of your reports?
15        A. Yes.
16        Q. Are you a licensed private
17    investigator?
18        A. Yes.  Both in New York and New
19    Jersey.
20        Q. When did you get licensed in
21    New York?
22        A. November 2019.
23        Q. And how about New Jersey?
24        A. February of last year.
25        Q. 2021?
```

Raymond Rivera
February 23, 2022

1                Raymond Rivera

2        A. Yes.

3        Q. If you wanted to do

4    investigations in Connecticut, would

5    you have to get licensed?

6        A. Either get licensed or find

7    another private investigator in

8    Connecticut where I could work under

9    their license.

10       Q. Are you done testifying for the

11   NYPD?  What I mean by that is, any old

12   cases that you might get called back to

13   testify about?

14       A. Yes.

15       Q. So when you retired, you knew

16   that that is something that could

17   happen, you'd be called back to testify

18   on cases that you investigated?

19       A. Actually, I'm scheduled to

20   testify in future cases.

21       Q. Okay.  When you were talking to

22   Mr. Warshauer during this process,

23   applying for the job, working at The

24   Gap, did he ever say, you know, at

25   least when you leave, Ray or

Raymond Rivera
February 23, 2022

```
 1                Raymond Rivera

 2    Mr. Rivera, you got to let him know

 3    what you were actually doing there?

 4         A. No.

 5         Q. So did every shift start with

 6    you checking IDs?

 7         A. It's one of several

 8    responsibilities and duties.

 9         Q. How many loss prevention

10    specialists worked, you know, per

11    shift?

12         A. There's two warehouses.  It's a

13    minimum manpower of, I believe, two on

14    each warehouse.  When I was working

15    there, there was as many as five, maybe

16    six at one time.

17         Q. Okay.  Have you had, other than

18    the run up to this deposition, have you

19    had any other contact with Mr.

20    Warshauer since you sent your report?

21         A. Repeat the question?

22         Q. Sure.  Not counting a couple of

23    weeks ago when we were working on

24    getting this deposition scheduled, once

25    you sent your report last March, since
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2   then, have you had any other contact
 3   with Mr. Warshauer?
 4      A. No.
 5      Q. No other projects?
 6      A. No.
 7      Q. Okay.  Do you advertise other
 8   than on the internet?
 9      A. Yes.
10      Q. How do you advertise?
11      A. I utilize a service called Bark
12   dot com, B-A-R-K-E -- I'm sorry,
13   B-A-R-K dot com.
14      Q. And were you utilizing that at
15   the time Mr. Warshauer retained you?
16      A. Yes.
17      Q. The USB drive that you gave me,
18   there's a folder that says, Saturday
19   picks, forklift, and then Sunday picks,
20   forklift.  Were those taken on
21   consecutive days, Saturday and a Sunday
22   or was there a week in between or do
23   you remember?
24      A. I separated folders so that I
25   knew which -- to make it easier for me
```

Raymond Rivera
February 23, 2022

```
1                Raymond Rivera
2    to separate which ones were Saturday
3    picks, which ones were Sunday picks.
4        Q. I asked a bad question, but were
5    the Saturday and Sunday from the same
6    weekend?
7        A. Yes.
8        Q. Okay.  So you said that you
9    worked at least three days.  Does that
10   mean you would have worked -- were you
11   just working weekends at the time?
12       A. Yes.
13       Q. So you would have worked the
14   next weekend as well?
15       A. Yes.
16       Q. And then did you quit after
17   that?
18       A. Yes.
19       Q. Other than your Social Security
20   number, did you provide any other
21   private information to the Gap?
22       A. Can you elaborate?
23       Q. I don't know, I can't think of
24   anything.  I'm just asking you anything
25   that you considered private.
```

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera

2        A. Date of birth, Social Security

3    number, home address, phone number.

4        Q. Everything we've talked about

5    here.  So anything beyond that?

6        A. Pretty much, that's what I gave

7    them.

8        Q. All right.  I just want to

9    confirm again, you did not retain any

10   of the documents that you've signed

11   when you started working at The Gap?

12       A. Yes.

13       Q. Tell me what your -- how long

14   did your training take?

15       A. I would say for the duration I

16   was there.  Every day they would show

17   me something different, what I need to

18   do, how the computer worked, how to

19   check the cameras.  I mean, actual

20   training, sit down, one day.  That's

21   for like the HR stuff, you know, safety

22   guidelines, you know, what not to do.

23       Q. Let me ask it a little

24   differently.

25           Was the training that you did
```

Raymond Rivera
February 23, 2022

1                  Raymond Rivera

2    interspersed with your actual work or,

3    you know, first day you go in, you

4    spent eight hours training?  How was it

5    done there?

6        A. Beyond the eight hours or during

7    the eight hours?

8        Q. Did you have a full eight hours

9    of training?

10       A. Yes.

11       Q. The first day?

12       A. Yes.

13       Q. Was that on a Saturday or a

14   Sunday or was that during the week?

15       A. I don't remember.  I don't think

16   it was a weekend.  It was probably

17   during the week.

18       Q. All right.  You mentioned how to

19   -- something about cameras.  What part

20   of your job involved cameras?

21       A. The warehouse has cameras all

22   over the location.  Also there is

23   exterior cameras as well.  So part of

24   my function was to navigate the cameras

25   and check them periodically for any

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera

2    safety violations, anything they should

3    be concerned with.

4        Q. Meaning, you'd look at the video

5    from the cameras to see if somebody had

6    done something wrong?

7        A. Not just that.  If -- I remember

8    one incident, one of the loss

9    prevention officers received a case

10   where someone was suspected of

11   stealing.  So they would go back and

12   look at the cameras for the days the

13   person was working to see how they

14   removed the merchandise from the

15   warehouse.

16       Q. Do you know how long The Gap

17   keeps the video they take from the

18   surveillance cameras?

19       A. No.

20       Q. Okay.  And just to make sure I'm

21   clear, a lot of places that I'm

22   familiar with, they might keep it for

23   two days, three days, and then it

24   starts getting written over.

25          Do you know what their schedule
```

Raymond Rivera
February 23, 2022

1              Raymond Rivera

2    was at The Gap?

3         A. No.

4         Q. Okay.  Did Mr. Warshauer ever

5    tell you why he wanted these

6    photographs?

7         A. There was a civil matter is what

8    he explained to me.

9         Q. No other detail?

10        A. There was a lawsuit.  There were

11   injuries that were claimed.

12        Q. Anything else you remember?

13        A. No.

14        Q. Does the -- when you become a

15   licensed private investigator here in

16   the State of New York, what do you have

17   to do?

18        A. There's an application you got

19   to fill out.  You got to get

20   fingerprinted.  You have to meet the

21   minimum requirements to become a

22   licensed private investigator and

23   there's also an exam.

24        Q. What are the requirements?

25        A. I believe, if memory holds me

Raymond Rivera
February 23, 2022

```
1               Raymond Rivera
2     correct, there's a minimum of either
3     three or five years as an investigator
4     or I forget how many minimum years as a
5     law enforcement officer.  I met the
6     latter, so I qualified.
7         Q. Sure.  And then is there -- how
8     to do this, how to ask about this, let
9     me see.
10          So when I get licensed as a
11    lawyer in the State of Wisconsin, which
12    is where I'm from, there's a
13    professional code I have to abide by.
14    Do private investigators have a code of
15    some kind --
16        A. Yes.
17        Q. -- that they have to abide by?
18        A. Yes.
19        Q. What is that called?
20        A. Everything must be followed by
21    the general business law, it's
22    available on the New York State
23    website.
24        Q. General business law?
25        A. Yes.
```

Raymond Rivera
February 23, 2022

```
  1                 Raymond Rivera

  2        Q. Is there anything specific to

  3   private investigators?

  4        A. Yes.

  5        Q. Do you know the name of that?

  6        A. No.

  7        Q. Same question about New Jersey.

  8   Do you know if they have a code for

  9   private investigators?

 10        A. Yes, but theirs is a little

 11   different.

 12        Q. How?

 13        A. You have to be a former law

 14   enforcement officer.  There is no other

 15   way of getting a license there.

 16        Q. Okay.  Did you have to sit for

 17   an exam in New Jersey?

 18        A. No, no exam in Jersey.

 19        Q. You just -- because you were

 20   already admitted in New York?

 21        A. No.

 22        Q. Just they don't have an exam?

 23        A. No exam.  You just have to have

 24   a minimum.  I believe it's five or

 25   seven years, I don't know exactly.  You
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera

 2   had to fill out an application, they

 3   authenticate you, you had to provide

 4   them evidence of your prior law

 5   enforcement experience.  You get

 6   fingerprinted.

 7       Q. If you -- strike that.

 8          What do you have to do to keep

 9   your license up once you're licensed in

10   New York?

11       A. You must maintain an insurance,

12   bond insurance.  You have to maintain

13   that in good standing.  You also have

14   to pay the renewal fees for the actual

15   license itself every two years, for

16   both states.

17       Q. But you never have to sit for

18   another exam?

19       A. No.  Not unless your insurance,

20   I mean, your license lapsed and you're

21   required to take the exam again.

22   Except for Jersey, you just have to go

23   through the whole process over again.

24              MR. LoCOCO:  Let's go off

25       the record.
```

Raymond Rivera
February 23, 2022

```
 1              Raymond Rivera
 2              VIDEOGRAPHER:  We are off
 3       the record.  The time is 11:08
 4       a.m.
 5              (Discussion held off the
 6       record.)
 7              VIDEOGRAPHER:  We are back
 8       on the record, 11:08 a.m.
 9              MR. LoCOCO:  Mr. Rivera, I
10       appreciate your time and your
11       patience, those are all the
12       questions that I have.  As I
13       understand it, Mr. Bass doesn't
14       have any questions.
15              VIDEOGRAPHER:  This will
16       conclude the deposition of Corsi
17       Investigations, LLC by Raymond
18       Rivera and Raymond Rivera
19       individually.
20              We are off the record at
21       11:09 a.m., February 23rd, 2022.
22              THE REPORTER:  Do you want a
23       copy of the transcript?
24              MR. BASS:  As of now, no
25       ma'am.
```

Raymond Rivera
February 23, 2022

```
1              Raymond Rivera

2              MR. LoCOCO:  I need both the

3         transcript and the video.

4              .

5       (Whereupon, at 11:10 a.m., the

6   examination of this witness was concluded.)

7

8    _____

9         RAYMOND RIVERA

10

11  Subscribed and sworn to before me

12  this _____ day of _____, 2022.

13

14  _____

15        NOTARY PUBLIC

16

17

18

19

20

21

22

23

24

25
```

Raymond Rivera
February 23, 2022

1

2              C E R T I F I C A T E

3          I, MICHELLE LEMBERGER, a shorthand

4      reporter and Notary Public within and for

5      the State of New York, do hereby certify:

6          That the witness(es) whose testimony

7      is hereinbefore set forth was duly sworn by

8      me, and the foregoing transcript is a true

9      record of the testimony given by such

10     witness(es).

11         I further certify that I am not

12     related to any of the parties to this

13     action by blood or marriage, and that I am

14     in no way interested in the outcome

15     of this matter.

16

17

18

19

20

21

22

23

24              MICHELLE LEMBERGER

25

Raymond Rivera
February 23, 2022

```
1

2              DEPOSITION ERRATA SHEET

3    Case Caption:  Jones v. Raymond Corporation

4

5         DECLARATION UNDER PENALTY OF PERJURY

6             I declare under penalty of perjury

7    that I have read the entire transcript of my

8    Deposition taken in the captioned matter or

9    the same has been read to me, and the same is

10   true and accurate, save and except for changes

11   and/or corrections, if any, as indicated by me

12   on the DEPOSITION ERRATA SHEET hereof, with

13   the understanding that I offer these changes

14   as if still under oath.

15

16        _____

17             RAYMOND RIVERA

18

19   Subscribed and sworn to on the _____ day of

20   _____, 2022, before me,

21   _____

22   Notary Public,

23   in and for the State of _____

24

25
```

Raymond Rivera
February 23, 2022

1

2                    DEPOSITION ERRATA SHEET

3    Page No. _____ Line No. _____ Change to: _____

4    _____

5    Reason for change: _____

6    Page No. _____ Line No. _____ Change to: _____

7    _____

8    Reason for change: _____

9    Page No. _____ Line No. _____ Change to: _____

10   _____

11   Reason for change: _____

12   Page No. _____ Line No. _____ Change to: _____

13   _____

14   Reason for change: _____

15   Page No. _____ Line No. _____ Change to: _____

16   _____

17   Reason for change: _____

18   Page No. _____ Line No. _____ Change to: _____

19   _____

20   Reason for change: _____

21   Page No. _____ Line No. _____ Change to: _____

22   _____

23   Reason for change: _____

24   SIGNATURE:_____DATE:_____

25                   RAYMOND RIVERA

Raymond Rivera
February 23, 2022

---

**$**

**$3,500**
  15:22

---

**1**

**1**
  5:15 15:6,8
  17:20,23
  19:11 28:18
  29:7
**10**
  26:15 51:6
**10-176**
  5:8 9:13
**100**
  7:5
**100-110**
  30:2
**10:08**
  6:9
**10:39**
  37:20
**10:42**
  37:25
**11**
  28:7
**11:08**
  63:3,8
**11:09**
  63:21
**12**
  28:12 44:17
**125**
  16:10
**12524**
  30:4
**12533**
  5:9 9:14,20
**1400**
  45:17
**15**
  36:8

---

**1625**
  7:11
**17.95**
  37:5

---

**2**

**2**
  5:20 16:24
  26:20 45:17
  46:2
**20**
  29:8
**2019**
  51:22
**2021**
  29:8,15
  51:25
**2022**
  6:10 63:21
**21-0307**
  29:11
**22**
  10:10
**23rd**
  6:10 63:21
**24**
  29:15
**24/7**
  45:22
**24th**
  34:5
**2649**
  7:4

---

**3**

**3**
  6:2 17:3
  21:21 30:22
  40:21 44:3
  47:23
**320-CV-00308**
  6:25

---

**4**

**4**
  6:7 15:6,10,
  19 17:24
  19:12 22:2
  28:18 42:15
  46:5 48:4
**4/2/70**
  8:25
**411**
  7:10

---

**5**

**5**
  22:9 44:2
**53202**
  7:12

---

**6**

**6**
  43:25 44:7
  45:16 46:2
**646 799-2409**
  26:7
**67**
  9:19

---

**7**

**7**
  44:8

---

**8**

**8**
  24:22
**82**
  5:8 9:13
**827**
  5:8 9:13

---

**9**

**9**
  26:12 50:22

---

**A**

**a.m.**
  6:9 37:21,25
  45:16 46:2
  63:4,8,21
**Abbot**
  13:19
**abide**
  60:13,17
**able**
  31:8 42:18
**Above**
  19:13
**above-
mentioned**
  5:14,18,24
  6:5
**abruptly**
  16:20
**access**
  22:11 31:9
  33:4
**accident**
  32:7 47:6,16
**accidents**
  47:21
**accomplish**
  30:19
**across**
  32:7 33:19,
  24
**action**
  6:25 7:17
**activity**
  11:5
**actual**
  56:19 57:2
  62:14

Raymond Rivera
February 23, 2022

added
  50:25
addition
  48:25
address
  5:7 9:12,18
  27:24 56:3
admitted
  61:20
advertise
  54:7,10
agency
  26:23 30:5
  31:3,6,8
  41:13
ago
  12:16 19:22
  53:23
agree
  6:13
agreement
  24:6
ahead
  19:7
allowed
  39:3
aluminum
  46:19
amount
  16:6
and/or
  25:5 29:23
angle
  48:6
answer
  21:2 25:20,
  21 47:14
anticipated
  16:7
anybody
  45:10
anymore
  23:11
anyone
  13:8 22:4
  34:25 40:16

apologize
  15:13 17:10
app
  18:17,18
  19:23,25
appearances
  7:21
appears
  15:8
Appendix
  17:6,11 20:6
  21:21
application
  35:8,10 36:2
  59:18 62:2
applied
  31:6
apply
  31:15 33:25
  34:6
applying
  32:11 35:3
  52:23
appreciate
  10:25 63:10
area
  44:14
around
  27:22 38:8
arrow
  45:8
asked
  23:13 34:14
  41:17 55:4
asking
  25:7 32:21
  55:24
asks
  17:11,20
  21:19,21
  22:2,9 24:22
  28:7,12
assigned
  29:14
assignment
  38:7

assume
  44:21,24
attached
  6:6
attending
  14:3
audio
  6:10 21:22,
  23
authenticate
  62:3
available
  60:22
Avenue
  7:10
aware
  28:24

─────────
      B
─────────

B-A-R-K
  54:13
B-A-R-K-E
  54:12
back
  20:5,6 24:16
  32:8 33:13
  35:12 36:2
  37:24 38:3
  46:5 47:23
  50:9 52:12,
  17 58:11
  63:7
background
  34:22
bad
  55:4
Bark
  54:11
based
  16:6
basically
  25:8
Bass
  8:4 14:3,8
  63:13,24

begin
  5:11
beginning
  6:9 41:18
behalf
  7:8,23 8:2,6
believe
  18:22 35:9,
  14 36:14
  37:5 53:13
  59:25 61:24
bell
  13:17
Bennett
  7:7
better
  21:5
billing
  28:15
billings
  28:13
birth
  8:24 56:2
boilerplate
  51:12
bond
  62:12
boroughs
  11:17,19
Boulevard
  30:3
boxes
  38:11
break
  21:14
brief
  37:22
bring
  17:12
brought
  10:24 17:16
building
  39:4
business
  5:6 9:2,6,
  11,25 60:21,
  24

Raymond Rivera
February 23, 2022

**C**

call
  25:16 29:3
  35:13,25
called
  17:6 33:22
  36:3 44:25
  52:12,17
  54:11 60:19
calling
  41:9
camera
  18:18 20:2,4
cameras
  56:19 57:19,
  20,21,23,24
  58:5,12,18
campus
  19:16 30:2
caption
  19:12
captioned
  26:22
carbon
  46:18
care
  21:15
career
  10:17
carrier
  26:2,3
case
  13:25 29:11,
  12 58:9
cases
  49:19 52:12,
  18,20
cell
  26:5 41:8
  48:8
certain
  17:13
cetera
  17:14 26:14

charge
  16:3
charged
  16:8
check
  37:8,13
  56:19 57:25
checked
  27:7 38:19
checking
  53:6
checks
  37:13 38:5,6
City
  10:6 11:17,
  25
civil
  6:25 11:6
  59:7
claimed
  59:11
clear
  38:13 58:21
client
  13:6 26:22
  30:4 41:12
client's
  13:10
close
  30:10,11
  41:16 46:10
closed
  47:3
Cocke
  8:5
code
  60:13,14
  61:8
color
  15:17
comfortable
  28:19
common
  19:22 24:4
communicate
  41:5,10

companies
  23:25
company
  28:24
company's
  29:12
compliance
  17:12
computer
  56:18
concerned
  58:3
conclude
  44:12 63:16
concluded
  49:6
Conduct
  37:13
confidentiali
ty
  24:6
confirm
  17:16 56:9
Connecticut
  52:4,8
connection
  13:4 14:8
consecutive
  54:21
considered
  31:25 55:25
contact
  9:17 13:8,
  13,21 14:4,
  7,12 29:3,16
  36:22 41:14
  48:2 53:19
  54:2
context
  25:25
continue
  6:11
continued
  30:23
contract
  33:6

conversation
  34:8 41:20
conversations
  12:10 42:2
copies
  23:4,6
copy
  10:25 22:9
  23:21 63:23
Corporation
  6:21 7:24
  8:3
correct
  20:9 23:14,
  16,17 29:9
  30:24 40:2,
  3,19,20
  42:16 43:15
  48:18 49:9,
  25 60:2
correctly
  30:13 31:13
correspondenc
e
  24:23 26:14
Corsi
  5:19 6:15
  9:3,7,12,25
  14:17 16:25
  25:3 63:16
counsel
  6:18 7:20
counterbalanc
e
  43:8
counties
  11:20
counting
  53:22
County
  11:14,25
  12:5
couple
  12:11 20:21
  53:22
court
  6:23 7:13

Raymond Rivera
February 23, 2022

20:15
**courtroom**
 21:10
**created**
 15:9
**crime**
 10:22

---

**D**

---

**daily**
 16:3
**date**
 8:24 22:25
 29:14 56:2
**dated**
 29:8
**day**
 24:14 48:12
 56:16,20
 57:3,11
**days**
 16:17 48:22,
 23 54:21
 55:9 58:12,
 23
**decide**
 49:4
**decided**
 49:5
**defendant**
 6:19,22
**definitely**
 16:17
**deliveries**
 33:7
**Department**
 10:7,9
**Deposit**
 37:9
**deposition**
 6:15 7:2 9:7
 12:7,20
 14:10,14
 20:15 53:18,
 24 63:16

**designation**
 42:19
**detail**
 59:9
**details**
 13:3 16:12
**detective**
 10:7,16
 11:18 20:19
 34:23
**determine**
 46:14
**determined**
 32:24
**different**
 21:5 27:18
 28:3 56:17
 61:11
**differently**
 56:24
**difficult**
 15:15
**director**
 36:14
**discuss**
 12:17,23
**discussed**
 21:20
**discussion**
 63:5
**dispose**
 22:22 27:15
**disposed**
 27:13
**distribution**
 19:16 30:2
**District**
 6:23,24
**dock**
 50:16
**docks**
 50:16,20
**document**
 15:12 17:6
**documents**
 17:13 22:10
 24:17 26:15

56:10
**doing**
 9:25 11:10
 25:10 26:9
 33:15 39:25
 53:3
**don'ts**
 23:7
**door**
 46:9,10,15
 50:9
**doors**
 29:24 30:10
 46:23 47:3
 50:5,17
**dos**
 23:7
**dot**
 28:6 54:12,
 13
**doubt**
 9:15
**draft**
 28:8,9
**drive**
 10:24 18:2,
 13 54:17
**duly**
 8:13
**duration**
 56:15
**Dutchess**
 11:13,23
**duties**
 53:8

---

**E**

---

**e-mail**
 25:15 27:5,
 6,7,8,24
 29:4 42:5
**e-mailed**
 35:12
**e-mailing**
 25:11

**e-mails**
 24:23 25:7,
 14,19 26:13
 27:16,20
**earlier**
 29:2
**easier**
 41:10 54:25
**east**
 7:10 11:24
**EEO**
 23:8
**eight**
 57:4,6,7,8
**either**
 17:15 32:5
 33:4 35:12
 41:8 52:6
 60:2
**elaborate**
 55:22
**employed**
 16:13 22:15
 33:5
**employee**
 31:7 41:14
**employees**
 37:14 38:13
 39:13,16
**employment**
 22:11
**end**
 51:7,13
**enforcement**
 60:5 61:14
 62:5
**enter**
 31:8
**et**
 17:14 26:14
**et al**
 6:20
**everyone**
 17:8
**evidence**
 62:4

Raymond Rivera
February 23, 2022

exact
  16:16
exactly
  25:13,17
  34:7 41:24
  49:15 61:25
exam
  59:23 61:17,
  18,22,23
  62:18,21
EXAMINATION
  8:17
examined
  8:15
excuse
  49:14
exhibit
  5:15,20 6:2,
  7 15:8,10,19
  16:23,24
  17:3,23,24
  19:11 24:16
  28:18
Exhibits
  15:6
exist
  17:17
exit
  16:19
expect
  21:13
experience
  11:10 62:5
experiences
  50:4
explain
  48:6
explained
  59:8
exterior
  57:23

_____

         F

_____

facility
  30:11 31:9
  43:23 47:7,

17 50:7
fact
  33:10,12
  48:5
fair
  46:22
familiar
  19:24 58:22
fatally
  14:24
February
  6:10 29:15
  34:5 51:24
  63:21
fee
  16:2,6
fees
  62:14
feet
  51:3
fewer
  45:19
filed
  6:22
fill
  22:14 23:18,
  24 35:7
  59:19 62:2
filled
  22:10,24
  23:4
final
  28:8
financially
  7:18
find
  52:6
fingerprinted
  59:20 62:6
finish
  19:8
firm
  8:5 22:6
  26:16
first
  8:13 24:14
  28:22 29:2,

16 32:10
  44:7 57:3,11
Fishkill
  13:5 19:15
  24:18 29:25
  30:4
five
  11:16,19
  53:15 60:3
  61:24
flat
  16:2,5
floor
  38:12
folder
  54:18
folders
  54:24
followed
  60:20
following
  25:3 26:23
follows
  8:16
forget
  60:4
forklift
  14:20,25
  38:16 42:19
  43:12,22
  44:4,9,13,
  18,25 46:12
  47:20 50:3,
  11 54:19,20
forklifts
  26:24 29:24
  30:6,8,9
  32:23 39:18
  41:16 46:7
  47:18 50:8
form
  24:4,10
forms
  22:10 24:8
found
  49:17,20

four
  17:5
Frank
  7:22 36:16
  40:21
frog
  17:9
front
  21:11 48:10
full
  8:19 47:12
  57:8
function
  57:24
functions
  10:20
future
  52:20

_____

         G

_____

gain
  31:9
Gap
  13:4 14:5
  16:13,15
  17:21 18:6
  19:2,15 20:9
  21:24 22:4,
  12,15 24:17,
  25 26:10
  29:25 31:4,8
  32:9 34:14,
  19 35:2
  36:16 38:4
  42:4 50:8
  52:24 55:21
  56:11 58:16
  59:2
Gap's
  47:16
gave
  21:9 22:25
  30:16 41:6
  54:17 56:6
general
  60:21,24

Raymond Rivera
February 23, 2022

getting
 35:7 36:25
 53:24 58:24
 61:15
give
 16:23,24
 33:18 49:14
given
 38:23
goes
 45:8 51:13
going
 9:15 15:7
 16:22,23
 17:4 20:11
 31:18 32:10
 33:25 44:23
 45:11 47:11,
 15
good
 62:13
Google
 50:23
Grantham
 13:17
ground
 20:22
group
 10:12 25:4
guess
 17:24 24:18
 44:8,16
guidelines
 56:22

—————————

          H
—————————

half
 12:16 36:8
happen
 52:17
harassment
 24:2,15
heard
 11:9 20:23
 43:4,7

held
 7:3 63:5
hey
 33:23
hire
 25:15
hired
 31:7,24 35:7
 37:11,12
 49:13
hiring
 22:19,25
 31:5 35:15,
 16 49:12
history
 47:6,17
holds
 59:25
home
 9:18 33:14
 56:3
homicide
 10:14,15
Hopewell
 5:9 9:14,19
hour
 36:8 37:5
hourly
 16:8,9 37:2,
 3,4
hours
 16:6 45:17
 57:4,6,7,8
house
 9:18
HR
 23:8 24:15
 56:21
Hudson
 12:3,4

—————————

          I
—————————

i.phone.
 18:22
I9
 24:10

ID
 37:14 38:19,
 23 39:5,7
idea
 31:15,17
identificatio
n
 5:15,21 6:2,
 7
identify
 36:15
IDS
 53:6
images
 19:14 26:23
immediately
 33:12
impossible
 32:25
incident
 13:10 58:8
incidents
 14:23
include
 48:24
included
 14:19
includes
 15:11 49:3
Indeed
 32:5
individual
 30:7
individually
 6:18 63:19
inform
 33:9
information
 33:18 41:14
 55:21
informed
 33:11
initial
 13:13 25:14
initially
 25:18

injured
 14:24,25
injuries
 59:11
inside
 44:15
insurance
 62:11,12,19
intention
 40:15
interested
 7:18
interim
 42:4
internet
 54:8
interspersed
 57:2
interview
 35:22,23
 36:4,7
interviewed
 36:11
investigate
 14:23
investigated
 52:18
investigation
 13:13 26:25
 30:23 31:3
 47:5,16
investigation
s
 5:19 6:16
 9:3,8,12
 10:2 14:18
 17:2 25:3
 52:4 63:17
investigative
 51:7
investigator
 32:17,18
 51:17 52:7
 59:15,22
 60:3
investigators
 60:14 61:3,9

Raymond Rivera
February 23, 2022

invoice
  6:6 11:2
  15:11,20,22
  28:13,14
involved
  14:19 57:20
involves
  32:16
issue
  38:24

———————————

            J

———————————

jack
  42:23,25
Jacob
  7:25
Jasper
  13:19
Jersey
  51:19,23
  61:7,17,18
  62:22
job
  10:18 14:19
  16:4 19:6
  25:11 26:9
  30:15,19
  31:4,16
  32:11 33:21,
  25 34:2,6,10
  35:3 36:23
  37:2,10,12
  38:4 40:2,12
  41:19 49:17,
  21 52:23
  57:20
jobs
  32:6
Jones
  6:20 8:6
  13:25
Jordan
  7:25
judge
  21:11

Junction
  5:9 9:14,20
jury
  21:11

———————————

            K

———————————

keep
  23:21 58:22
  62:8
keeping
  46:24 47:2
kind
  18:21 24:24
  43:11 60:15
knew
  52:15 54:25
know
  10:12 14:8
  23:7 25:2,14
  26:19 28:22
  31:18 34:22
  38:11 40:13
  42:4,22,25
  43:11,16,17
  44:3,20,22
  45:20,21,23
  46:18,24
  47:2 48:16
  50:7 51:3
  52:24 53:2,
  10 55:23
  56:21,22
  57:3 58:16,
  25 61:5,8,25
knowledge
  20:7 34:16
  39:19

———————————

            L

———————————

L-A-G-R-I-P-
P-O
  36:17
Lagrippo
  36:17 40:21
  47:24

lapsed
  62:20
large
  41:4
law
  8:5 22:6
  25:4 26:16
  60:5,21,24
  61:13 62:4
lawsuit
  59:10
lawyer
  14:2 60:11
lawyer's
  23:13
lawyers
  14:13
learned
  14:9,13
leave
  52:25
left
  11:12
Legal
  7:9,15
Lemberger
  7:14
Lewis
  9:19
license
  52:9 61:15
  62:9,15,20
licensed
  51:16,20
  52:5,6
  59:15,22
  60:10 62:9
little
  10:3 56:23
  61:10
live
  11:16
lived
  11:21,23
living
  11:13

LLC
  5:20 6:16
  9:3,8 10:2
  14:18 17:2
  63:17
LLP
  7:4
load
  45:9,12
locate
  30:7 33:16
located
  7:4,9 30:2
location
  32:15,23
  57:22
Lococo
  5:10 7:22
  8:18 37:17
  38:2 62:24
  63:9
long
  9:24 10:8,15
  16:14 21:14
  36:6 56:13
  58:16
longer
  39:12
look
  19:11 38:8,
  25 42:15
  43:25 58:4,
  12
looking
  28:20 43:10
loss
  31:5 34:10,
  16 36:18
  37:10 53:9
  58:8
lot
  23:25 24:13
  41:9 58:21

Raymond Rivera
February 23, 2022

---

**M**

---

M-E-R-R-I-T-T
  30:3
machine
  44:22
made
  25:16 28:23
  46:15
mail
  27:5,17
  28:3,6
maintain
  62:11,12
make
  13:12 20:23
  37:14 38:12,
  16 39:2
  54:25 58:20
making
  33:6
manager
  35:15,17
  36:13 49:12
manpower
  53:13
manual
  42:22
manufacturer
  43:13
manufacturer'
  s
  43:22
maps
  50:23
March
  29:8 53:25
mark
  5:10
marked
  5:13,17,23
  6:4 15:5
material
  23:11 46:15
materials
  23:15

matter
  6:19 11:3,6
  59:7
MDC
  19:15
mean
  18:18 32:19
  38:6 46:17
  51:11 52:11
  55:10 56:19
  62:20
Meaning
  58:4
meet
  59:20
memory
  59:25
mentioned
  12:18 57:18
merchandise
  58:14
Meritt
  30:3
Merkel
  8:5
messages
  24:24 25:8,
  20,22
met
  60:5
Michael
  7:7 25:6
  27:4
Michelle
  7:14
Milwaukee
  7:11
minimum
  53:13 59:21
  60:2,4 61:24
minute
  44:24
minutes
  36:8
Mississippi
  6:24 14:2

model
  18:23
months
  9:22
move
  9:21 28:17

---

**N**

---

name
  5:3 7:7
  8:20,22
  13:15 28:23
  34:19 35:16,
  18 39:23
  41:13 61:5
named
  9:2 14:2
  36:16
names
  36:12
narcotics
  10:21
Nassau
  11:25
nature
  23:9
navigate
  57:24
NDC
  50:15,25
need
  21:14 56:17
needed
  9:16 49:8,24
never
  32:17 39:25
  40:15 62:17
north
  12:2
Northern
  6:24
Notary
  8:13
note
  44:7,10

notice
  5:19,25
  16:25 17:4
noticed
  11:4
November
  51:22
number
  6:25 18:23
  24:22 26:6,9
  29:11,12
  40:23 41:2
  44:3,17
  55:20 56:3
NYPD
  10:19 11:8,
  12,24 14:22
  34:23 52:11

---

**O**

---

O-R-D-E-R
  45:4
oath
  21:8,9
objective
  29:20,22
  41:25
obtain
  22:11 29:23
  30:5,9 32:22
  41:13
obtained
  19:14
ODC
  50:16,25
office
  33:14
officer
  20:19 32:18
  34:17 60:5
  61:14
officers
  58:9
offices
  7:3

Raymond Rivera
February 23, 2022

okay
11:12 15:14
18:24 20:5
24:5,12,16,
22 26:5
27:12 32:3,8
34:4 41:23
45:5,14
46:22 47:13
48:4,15,24
52:21 53:17
54:7 55:8
58:20 59:4
61:16
once
41:18 53:24
62:9
one
9:9 12:2
27:18 32:5
36:13 41:4
42:7 44:19
46:4,6 53:7,
16 56:20
58:8
ones
42:10,12,14
43:19 55:2,3
online
35:8,9
open
31:12 33:2
46:10
operate
44:15,19
46:9
operated
41:15 44:20
operates
41:15
operating
14:20 38:17
45:10 50:4
operation
40:11 45:22
49:6
operations

11:5
operator
45:6
operators
38:16 50:3
opposite
45:7
oral
22:3
Orange
12:5
order
22:14 23:18
41:5 45:2,3,
4
ordered
50:8
organized
10:22
originally
49:13
outcome
7:19
outside
48:12
overhead
50:23
overqualified
32:2 34:12

_____

P

p.m.
45:17 46:2
page
15:19 19:12
20:24 26:20
29:7 30:22
40:21 42:15
43:25 44:2,6
46:5 47:23
48:4 50:22
51:6
pages
15:15 17:5
paid
15:24 23:19

37:2,6
pallet
42:23,25
paperwork
22:13,18,24
paragraph
17:20 21:19,
21 22:2,9
26:12 28:7,
12 29:19
41:11
paralegal
13:12
paralegal's
13:14
Pardon
47:9
parentheses
30:10,11
part
38:7 40:12
57:19,23
particular
10:11 13:25
parties
6:12
parts
50:13
party
7:17
patience
63:11
pay
37:4 62:14
pejorative
51:12
people
25:4 38:22
45:19 48:16
period
31:6
periodically
57:25
permission
40:7
permitted
39:13,16

person
35:24 58:13
personally
9:5
peruses
15:12
phone
18:19,20,21
19:5 25:16
26:5 29:3
35:13,20
40:23 41:2,8
42:5 48:8
56:3
phones
39:14
photo
44:8
photograph
44:2,8,17
photographed
43:19
photographs
17:14,21,22,
25 18:5,9,
11,16 19:13
26:21 27:3
32:22 39:17
42:16 43:11
48:4 49:24
50:19 59:6
photos
19:13 29:23
42:9,12
physically
44:18
picker
45:2,3,4
picks
54:19 55:3
pictures
18:17 19:10
40:5,8 43:20
48:17 50:12
place
6:12 19:4

Raymond Rivera
February 23, 2022

places
 58:21
plaintiff
 6:20
plaintiffs
 8:7
plans
 9:21
please
 5:3,10 7:20
 8:10,20
pocket
 19:5 48:10,
 11,12
point
 41:5,6,7
police
 10:6,9 32:18
policy
 24:2
populated
 45:18
position
 31:7
possible
 31:11 48:14
post
 32:6
posted
 33:21
posting
 31:4 32:4
 33:20,25
Poughkeepsie
 7:6
precinct
 10:12
prepare
 12:6
present
 5:6
Pretty
 56:6
prevention
 31:5 34:10,
 17 36:19
 53:9 58:9

previously
 20:13,14
 27:25
prior
 14:17 16:18
 62:4
private
 28:6 51:16
 52:7 55:21,
 25 59:15,22
 60:14 61:3,9
probably
 12:15 27:22
 57:16
problem
 31:21
problematic
 38:9
process
 32:10 35:6
 52:22 62:23
products
 39:17
professional
 10:5 60:13
prohibition
 39:20
project
 28:21
projects
 54:5
properly
 38:17
provide
 55:20 62:3
provided
 18:2 22:5,17
 23:4 26:15,
 22 28:10,11,
 14 40:24
 42:11
provider
 27:17 28:4
public
 8:14 31:12
 33:2,3

purpose
 40:14
Putnam
 12:2

─────────────

Q

qualification
s
 34:13
qualified
 60:6
question
 20:6,12
 21:4,5 23:13
 24:19 42:21
 47:12 53:21
 55:4 61:7
questions
 28:21 63:12,
 14
quit
 16:19 36:22
 49:5 55:16
quitting
 49:11
quote
 29:22 30:12
 41:12,16

─────────────

R

R-I-V-E-R-A
 8:23
racking
 39:17
radios
 41:6,7
Radler
 7:4
rate
 16:3,9
Ray
 5:25 17:4
 22:10 25:5
 52:25

Raymond
 5:5 6:16,17,
 21 7:23 8:1,
 2,22 9:1,8
 10:1 11:1
 12:1 13:1,25
 14:1 15:1
 16:1 17:1
 18:1 19:1
 20:1 21:1
 22:1 23:1
 24:1 25:1
 26:1 27:1
 28:1 29:1
 30:1 31:1
 32:1 33:1
 34:1 35:1
 36:1 37:1
 38:1 39:1
 40:1 41:1
 42:1 43:1,21
 44:1 45:1
 46:1 47:1
 48:1 49:1
 50:1 51:1
 52:1 53:1
 54:1 55:1
 56:1 57:1
 58:1 59:1
 60:1 61:1
 62:1 63:1,
 17,18
reach
 43:5
reached
 25:17
read
 30:13 31:13
real
 35:2 40:13
reason
 35:2 49:7
recall
 24:9 36:10
received
 58:9
recess
 37:22

Raymond Rivera
February 23, 2022

recognizance
  32:14,19
  33:9
recollection
  19:18 34:13
  35:5 48:21
record
  5:4 6:9,13
  7:21 9:6
  21:17 37:18,
  20,25 62:25
  63:3,6,8,20
recorded
  6:14
recording
  6:11
recordings
  21:20,22,24
records
  17:13 28:15
reference
  47:24
refresh
  19:17
regard
  26:24
regarding
  11:2 12:20
  24:25 50:3
regular
  34:19,21
related
  7:16 13:9
  47:17
remember
  13:14 16:16
  18:23 19:3,
  21 22:23
  25:13,17,24
  29:5 31:23
  33:11,13,19
  34:7,15
  35:14,18
  36:12 39:10,
  12,23 41:22
  43:24 49:15
  54:23 57:15

58:7 59:12
removed
  58:14
renewal
  62:14
Repeat
  53:21
report
  5:14 6:5
  11:2 15:8,
  10,18 16:12
  17:23 18:8,
  12 26:19,20
  28:18 29:8
  36:15 40:22
  42:10 51:8
  53:20,25
reporter
  5:2,13,17,23
  6:4 7:13
  8:10 63:22
reports
  28:8,9 42:4
  51:14
representing
  7:15
reprinted
  17:23
requested
  30:5 41:13
required
  24:11 62:21
requirements
  59:21,24
research
  33:15
respect
  13:24 15:9
responded
  31:3
response
  36:2
responsibilit
ies
  53:8
responsible
  38:15

result
  48:15
retain
  18:24 22:20
  23:3,15 56:9
retained
  34:4 54:15
retired
  52:15
right
  9:11,24
  12:6,9 17:19
  20:11,21
  21:17 23:21
  24:8 26:2,12
  28:17 30:15
  31:2 34:18
  35:25 36:6,
  21 41:18
  43:10 44:6,
  23 49:4,23
  56:8 57:18
ring
  13:17
Rivera
  5:5,14,20,25
  6:6,17 8:1,
  22 9:1,8
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1,4
  18:1 19:1
  20:1 21:1
  22:1,11 23:1
  24:1 25:1,5
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1
  38:1,3 39:1
  40:1 41:1
  42:1 43:1
  44:1 45:1
  46:1 47:1
  48:1 49:1

50:1 51:1
52:1 53:1,2
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1,9,
18
Rivkin
  7:3
Road
  7:5 9:19
Rockland
  12:4
Rodney
  6:20 8:6
Route
  5:8 9:13
rules
  11:24 20:22
run
  53:18


          S

safety
  37:13 38:5,6
  56:21 58:2
salary
  37:2
sample
  26:23
Saturday
  45:16 54:18,
  21 55:2,5
  57:13
saved
  42:13
saying
  36:18
says
  16:12 18:8
  19:13 29:14,
  22 31:2 44:9
  51:7 54:18
scan
  38:23

Raymond Rivera
February 23, 2022

schedule
  58:25
scheduled
  52:19 53:24
screen
  18:13,15
Second
  21:19
seconds
  21:16
section
  51:10
Security
  55:19 56:2
see
  27:8 29:20
  32:4,21
  33:22 44:16
  45:10 47:20
  51:6 58:5,13
  60:9
send
  25:22
separate
  15:16 55:2
separated
  54:24
seriously
  14:25
service
  27:17 28:3
  54:11
seven
  61:25
several
  53:7
sexual
  24:15
shift
  45:14,15,19
  53:5,11
shifts
  45:25
shirt
  48:11
shots
  18:13,15

show
  15:4 16:22
  56:16
shred
  39:11
sick
  17:9
side
  12:3 13:10
  45:7 48:14
sign
  23:25 24:5,
  9,11
signed
  56:10
similar
  24:18 26:13
sir
  8:19 48:9
sit
  56:20 61:16
  62:17
sits
  48:10
slash
  11:6 30:8
snap
  19:9
Social
  55:19 56:2
someplace
  17:18
sort
  48:6
sound
  20:12
South
  7:5
speak
  12:13 50:2
speaking
  35:14
specialist
  31:5 34:11
  36:19
specialists
  53:10

specific
  28:20 61:2
spell
  8:20
spent
  57:4
spill
  38:11
spoken
  13:11
square
  51:3
Stan
  13:17
standing
  48:13 62:13
stands
  45:6
standup
  29:24
start
  53:5
started
  10:23 15:5
  18:3 33:15
  56:11
starts
  29:19 41:11
  58:24
state
  5:3 7:20
  8:14,19 24:4
  59:16 60:11,
  22
statements
  22:3,5,7
states
  6:23 62:16
stay
  49:7
stealing
  58:11
steel
  46:18
step
  35:11 44:15,
  18

stopped
  47:25
strike
  18:10 46:24
  62:7
stuff
  23:8 24:15
  56:21
stupid
  20:12
style
  44:3
submitted
  35:10
subpoena
  5:18,24 9:17
  16:25 17:3,
  12
subpoenaed
  9:5
subsequent
  41:20
substance
  49:16
Suffolk
  11:25
Suite
  5:8 7:5,10
  9:13
sum
  49:16
summary
  30:23
summer
  27:22
Sunday
  45:16 54:19,
  21 55:3,5
  57:14
supervising
  38:16
supervisor
  39:21,24
Support
  7:9,15
supposed
  37:15

Raymond Rivera
February 23, 2022

**sure**
19:20 20:18,
22,23 36:9
37:15 38:12,
17 39:2
46:21 48:20
53:22 58:20
60:7
**surrounding**
11:20
**surveillance**
58:18
**suspected**
58:10
**swear**
8:11
**switch**
27:21
**switched**
27:19
**sworn**
8:13
**system**
39:2

**T**

**take**
6:12 14:10,
14 16:7
18:17 19:9
21:10,14,23
22:7 36:7
39:16 40:8
50:12 56:14
58:17 62:21
**taken**
6:18 19:4
24:17 37:23
48:5 54:20
**taking**
40:5 48:17
**talk**
30:18 33:17
**talked**
35:19 56:4

**talking**
52:21
**tell**
21:3,9,16
32:16,19
34:25 37:12
38:21 40:4,
25 42:18
49:10,23
56:13 59:5
**telling**
40:16
**ten**
21:15
**term**
43:4,7
**testified**
8:15 20:13
**testify**
52:13,17,20
**testifying**
52:10
**text**
24:24 25:8,
20,22
**texting**
41:8
**Thank**
8:8
**things**
23:8
**think**
24:10 31:24
47:14 55:23
57:15
**thought**
11:9 34:12
**three**
16:17 19:12
42:16 48:21,
23 55:9
58:23 60:3
**throat**
17:9
**thumb**
10:24

**tilt**
48:14
**time**
5:12,16,22
6:3 20:8
21:15,24
22:19 25:10
26:3 27:9
32:20 33:19
35:15 37:20
53:16 54:15
55:11 63:3,
10
**times**
20:18
**timesheets**
28:13,15
**Timestamp**
20:2,4
**title**
36:14
**today**
10:23 12:7
13:24 15:5
17:19 20:25
27:19 42:11
**told**
34:11 39:25
**topics**
17:15
**touch**
12:19 46:20
**training**
24:13 48:25
49:2,3
56:14,20,25
57:4,9
**transcript**
63:23
**trip**
38:10,13
**truck**
15:2 43:5,8
45:11
**trucks**
14:20 43:18
50:4

**truth**
21:9
**try**
21:4 30:5,7,
8 32:9,21
**trying**
12:19 13:12
33:16 40:17
**turn**
17:5 39:9,11
**two**
10:3,17
12:16 16:21
51:4 53:12,
13 58:23
62:15
**type**
42:19 44:9,
22,25 49:18
**types**
47:18
**typical**
49:17

**U**

**U.S.**
7:9,15
**undercover**
10:21 11:5,
10 40:11
**understand**
21:2,3,6,8
42:21 63:13
**United**
6:22
**unmanned**
44:10,12
**USB**
17:25 18:12
54:17
**utilize**
18:16 54:11
**utilizing**
54:14

Raymond Rivera
February 23, 2022

**V**

various
  10:20
vents
  44:10
Verizon
  26:4
versus
  6:21 13:25
vice
  10:21
video
  6:11,14
  18:14,24,25
  19:4,14,19
  20:8 21:19
  58:4,17
videoconference
  14:3
videographer
  6:8 7:8 8:8
  37:19,24
  63:2,7,15
videos
  29:23 30:6
  32:22
view
  50:23
violations
  58:2
visited
  32:24
voicemails
  24:24

**W**

W4
  23:18
walk
  17:15 38:8,
  22
walking

48:13
want
  15:4 16:19
  17:14 20:5,
  23 28:17
  38:3 44:24
  56:8 63:22
wanted
  14:9,14
  40:25 52:3
  59:5
wanting
  48:16
warehouse
  19:15 29:25
  31:10,11
  33:3 38:8
  41:4 50:13,
  15 53:14
  57:21 58:15
warehouses
  51:4 53:12
Warshauer
  12:10 13:5,
  9,22 14:15
  22:6 25:4,6,
  12,23 26:16
  27:4,10
  28:23 29:17
  30:16 32:20
  33:10,23
  34:9,11 40:2
  41:21 42:3
  52:22 53:20
  54:3,15 59:4
Warshauer's
  31:16
water
  38:11
way
  19:24 33:23
  61:15
wearing
  48:11
website
  60:23

websites
  32:6
week
  12:15 54:22
  57:14,17
weekend
  16:18 45:15
  55:6,14
  57:16
weekends
  16:21 55:11
weeks
  12:11,16
  53:23
went
  9:6 32:23
  33:13
Westchester
  11:22 12:2
whichever
  28:19
wife
  8:7
Wisconsin
  7:10,11
  60:11
witness
  8:11 15:12
work
  10:5,8 11:3,
  10 12:23
  13:3 14:5,17
  15:9 16:15
  25:5 38:25
  41:7 45:14
  49:18 52:8
  57:2
worked
  10:12,20
  11:8 14:22
  16:5 45:25
  47:21 48:21
  53:10 55:9,
  10,13 56:18
working
  27:9 37:16
  39:22 41:3

42:3 45:19
  47:25 52:23
  53:14,23
  55:11 56:11
  58:13
works
  19:24 33:17
writing
  41:12
written
  22:3 24:23
  26:13 58:24
wrong
  58:6

**Y**

Yeager
  8:4 14:2
Yeah
  20:18
year
  19:22 27:23
  51:24
years
  10:3,10,17
  60:3,4 61:25
  62:15
York
  5:9 7:6 8:14
  9:14,20
  10:6,9 24:4
  30:4 51:18,
  21 59:16
  60:22 61:20
  62:10