

827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone:  845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

| | |
|---|---|
| Date: | March 30, 2021 |
| To: | Michael Warshauer, Warshauer Law Group |
| From: | Private Investigator Ray Rivera |
| Subject Name: | Gap, Inc. |
| Case Number: | 21-0307 |
| Investigation Type: | Civil Case |
| Date Assigned: | February 24, 2021 |

## INVESTIGATION SUMMARY

**Wednesday, February 24, 2021** an investigation was initiated in regard to a civil matter.

*Our objective is to obtain videos and/or photos of standup forklifts with doors at the warehouse of Gap, Inc. Fishkill Distribution Campus located at 100-110 Merritt Boulevard, Fishkill, NY 12524.  Client also requested that the Agency try to obtain videos of the forklifts being used, try to locate an individual who is/has used said forklifts, and try to obtain how many forklifts (with doors) are in the facility.*

*THIS AREA INTENTIONALLY LEFT BLANK*

**CONFIDENTIAL REPORT**



827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone:  845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

**Client provided Agency the following sample images of forklifts in regard to this investigation:**


Figure 7


Figure 6







827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone:  845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

During the Investigation, Agency responded to a job posting in which Gap, Inc. was hiring a Lost Prevention Specialist.  Agency applied for the position and was hired.  As an employee of Gap, Agency was then able to enter the facility and gain access to the warehouse whereas it would had not been possible since the warehouse is not open to the public.  Agency obtained photos of the forklifts with doors.  All forklifts in the warehouse had doors.  At this location, Gap has (2) two very large warehouses.  One warehouse is called NDC and the other is called ODC, the latter being the larger of the two warehouses.  Agency during their employment was assigned to work at both warehouses.  Agency attended an 8-hour orientation on day 1 of employment.  On day 2 of employment, Agency worked at the NDC warehouse and was given a tour of said warehouse by its' supervisor.  Agency observed (4) four forklifts all having doors.  Agency, however, was not able to tour the entire warehouse, leaving the possibility that there might had been more forklifts.  On day 3 of employment, Agency worked at the ODC warehouse (which is the larger warehouse).  Agency was able to inspect this warehouse alone as part of their duties.  Agency observed (27) twenty-seven forklifts, all of which had doors.  Photos of said forklifts were taken and provided in this report.

Client requested that Agency obtain the name and contact information of an employee that operates or has operated said forklifts.  **Frank Lagrippo (845) 489-6091**, is employed by Gap, Inc. as a Loss Prevention Specialist for the past 7 years.  During the investigation, it was learned that in order to operate said forklifts, you are required to be certified by Gap.  Gap provides the class to be certified and that Frank Lagrippo is certified to operate said forklifts but did say he has not operated the forklifts in a while.  Frank did mention that there are two types of certifications, an 8-hour class for the forklifts that raise the person up and a 4-hour class for the standup forklifts, Frank has the 8-hour certification.  Frank would most likely be the best contact person for any future inquiries in regard to this case.

*THIS AREA INTENTIONALLY LEFT BLANK*

CONFIDENTIAL REPORT



827 Route 82 Suite 10-176  
Hopewell Junction, NY 12533  
Phone:  845-648-3311  
Website:  www.corsiinvestigations.com  
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE  
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

The Agency obtained multiple photos of said forklifts in regard to this investigation.

NOTE:  GPS COORDINATES STAMPED ON PHOTOS ARE ESTIMATES, BUT ALL PHOTOS ARE FROM THE WAREHOUSES OF GAP, INC. FISHKILL DISTRIBUTION CAMPUS.



**Above photos are from still images of video obtained in the NDC Warehouse of Gap, Inc. Fishkill Distribution Campus**

CONFIDENTIAL REPORT



827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone:  845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

The below photos were all obtained in the ODC warehouse of the Gap, Inc. Fishkill Distribution Campus.





CONFIDENTIAL REPORT

Warshauer Law Group | 21-0307
PI License # 11000213443 - Page | 5



827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone: 845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

The below photos were all obtained in the ODC warehouse of the Gap, Inc. Fishkill Distribution Campus.





827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone: 845-648-3311
Website: www.corsiinvestigations.com
Email: pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

The below photos were all obtained in the ODC warehouse of the Gap, Inc. Fishkill Distribution Campus.



**Warshauer Law Group | 21-0307**
**PI License # 11000213443 - Page | 7**

CONFIDENTIAL REPORT



827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone:  845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

The below photos were all obtained in the ODC warehouse of the Gap, Inc. Fishkill Distribution Campus.



Warshauer Law Group | 21-0307
PI License # 11000213443 - Page | 8

CONFIDENTIAL REPORT



827 Route 82 Suite 10-176  
Hopewell Junction, NY 12533  
Phone:  845-648-3311  
Website:  www.corsiinvestigations.com  
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE  
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION SUMMARY CONTINUED

Below is a Google area view of the Gap Distribution Center.  For your reference, the warehouses ODC and NDC have been marked.



Warshauer Law Group | 21-0307  
PI License # 11000213443 - Page | 9

CONFIDENTIAL REPORT



827 Route 82 Suite 10-176
Hopewell Junction, NY 12533
Phone:  845-648-3311
Website:  www.corsiinvestigations.com
Email:  pi@corsiinvestigations.com

THIS BUSINESS IS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE
PRIVATE INVESTIGATOR LICENSE #11000213443

## INVESTIGATION RECOMENDATIONS

Agency was tasked to obtain videos and/or photos of the standup forklifts with doors at the warehouse of Gap, Inc. Fishkill Distribution Campus located at 100-110 Merritt Boulevard, Fishkill, NY 12524 and provide how many forklifts with doors are in the facility.  In addition, Agency was tasked to provide a name of an employee that has operated the forklifts at Gap.  Based on the information obtained, the Agency has met its task and has concluded that all currently available resources have been exhausted.  This case is now considered complete.   Should the Client obtain additional information in regard to this case, it is suggested that the Client contact Corsi Investigations LLC for a follow up and to determine if a new investigation is warranted.

*End of Investigative Report*

**This report is confidential and is intended solely for the use of the client to whom it is addressed.**

*The information contained in this report has been obtained through different public records and online resources. These resources are not always accurate or complete. Please understand that public record providers can have incorrect information, misfiled reports or cases, and not be maintained on the daily basis. Also, please understand that there may be more than one person with the same name as the person involved in this report. Consequently, Corsi Investigations LLC, cannot and does not guarantee that this information is without errors. Additional identification is required to ensure that this information is accurate therefore, we do not accept liabilities which can arise from the use of this information. By accepting this report, you accept that you will use this information with strict compliance of any local, state, and federal laws and any other local, state, or federal regulations.*

*Submitted by*
*Ray Rivera, Private Investigator*
*Licensed in New York & New Jersey*

**CONFIDENTIAL REPORT**